UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSHAWN JOHNSON,

Plaintiff,

v.

DEPUTY CHURNOFF,[1]

Defendant.

Case No. 25-cv-09935-JSC

**ORDER OF DISMISSAL**

On February 24, 2026, Plaintiff's application to proceed in forma pauperis was DENIED because the application indicated he had sufficient funds to pay the filing fee.  (ECF No. 7.)[2] Plaintiff was granted 28 days to pay the filing fee, and warned that if he did not do so the case would be dismissed.  (*Id.*)  She has not paid the filing fee, requested an extension of time, or shown cause why not.  This case is accordingly DISMISSED without prejudice to Plaintiff pursuing her claims in a new case in which she pays the filing or shows she qualifies for in forma pauperis status.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 1, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

---

[1] Judge DeMarchi, to whom this case was assigned previously, referred to defendant as "Warden," as do the docket entries for her orders.  (ECF Nos. 7, 8.)  The form complaint does not identify a defendant in the caption or the "Parties" field.  (ECF No. 1 at 1-2.)  This Court replaces "Warden" with Deputy Churnoff because the body of the complaint does not mention a Warden but rather complains of conduct by Deputy Churnoff.  (*Id.* at 3.)

[2] Judge DeMarchi reassigned this case  pursuant to *Williams v. King*, 875 F.3d 500, 502-05 (9th Cir. 2017).  (ECF No. 8.)